No. 1018.  WILLIAM H. MINER, PETITIONER, *v.* THE T. H. SYMINGTON COMPANY.  June 5, 1916.  Petition for a

writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Charles C. Linthicum* and *Mr. George I. Haight* for the petitioner. *Mr. Melville Church* for the respondent.